Pro S. 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Tarrant County Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
FEB 1 7 2023
CLERK, U.S. DISTRICT COURT
By_____
Deputy

Nzingha Bluefoot Dey : In Propria Persona ( Natural Person)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

North Richland Hills Police Department
North Richland Hills Municipal Court
Jeremy K Noe Badge #895 (acting as) Employee, Adminstrative Officer, Patrolman
James Stephen Perdue(acting as ) Employee, Adminstrative Officer, Chief
Maleshia B.Famst-McGinnis BAR # 24031773 (acting as) employee, City Attorney
J.Stewart Bass (acting as) Adminstrative Clerk of Court
Rebecca Vinson (acting as) Adminstrative Clerk
Nathan Eastland BAR# 24050548 (acting as) Administrative Clerk Attorney
Kristen Molina( acting  as) Adminstrative Clerk

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.
*(to be filled in by the Clerk's Office)*

4-23CV-177-O

Jury Trial: *(check one)*   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

####    A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nzingha Bluefoot Dey : In Propria Persona ( Natural Person) |
| Street Address | 820 S. MacArthur Blvd , Suite 105 |
| City and County | Dallas (Dallas) |
| State and Zip Code | Texas 75019 |
| Telephone Number | 469-604-5002 |
| E-mail Address | nzinghadey@gmail.com |

####    B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Jeremy K. Noe Badge # 895 |
| Job or Title (if known) | (acting as) employee, Adminstrative Officer, Patrolman for North Richland Hills |
| Street Address | 4301 City Point Drive |
| City and County | North Richland Hills (Tarrant) |
| State and Zip Code | Texas, 76180 |
| Telephone Number | 817-427-7000 |
| E-mail Address (if known) | unknown |

**Defendant No. 2**

| | |
|---|---|
| Name | James Stephen Perdue |
| Job or Title (if known) | (acting as) Adminstrative Clerk, Chief of Police City of North Richland Hills |
| Street Address | 4301 City Point Drive |
| City and County | North Richland Hills (Tarrant) |
| State and Zip Code | Texas, 76180 |
| Telephone Number | 817-427-7000 |
| E-mail Address (if known) | Unknown |

**Defendant No. 3**

| | |
|---|---|
| Name | J. Stewart Bass |
| Job or Title (if known) | (acting as) Municipal Administrative Clerk |
| Street Address | 4301 City Point Drive |
| City and County | North Richland Hills (Tarrant) |
| State and Zip Code | Texas, 76180 |
| Telephone Number | 817-427-7000 |
| E-mail Address (if known) | Jbass@nrhtx.com |

**Defendant No. 4**

| | |
|---|---|
| Name | Rebecca Vinson |
| Job or Title (if known) | (acting as) Administrative Court Clerk |
| Street Address | 4301 City Point Drive |
| City and County | North Richland Hills (Tarrant) |
| State and Zip Code | Texas, 76180 |
| Telephone Number | 817-427-6700 |
| E-mail Address (if known) | Rvinson@nrhtx.com |

**Additional Names of Defendants United States Northern District Court of Texas**

Nzingha Bluefoot:Dey In Propria Persona                    Case Number:_____

Vs

City of North Richland Hills Police Department and Municipal Court et al


**Name:** Nathan Eastland

**Job or Title:** (acting as ) Administrative Clerk  Attorney

**Street Address:** 4301 City Point Drive

**City and County:** North Richland Hills( Tarrant )

**State and Zip Code:** Texas, 76180

**Telephone Number:** 817-427-6700

**Email:** Neastland@nrhtx.com


**Name:** Maleshia B. Farmer-McGinnis

**Job or Title:** (acting as) Administrator Clerk City Attorney

**Street Address:** 4301 City Point Drive

**City and County:** North Richland Hills(Tarrant)

**State and Zip Code:** Texas 76180

**Telephone Number :** 817-427-6700

**Email:** mmcginnis@nrhtx.com


**Name:** Kristen Molina

**Job or Title:** (acting as) administrative Clerk of Court

**Street Address:** 4301 City Point

**City and County:** North Richland Hills (Tarrant)

**State and Zip Code:** Texas, 76180

**Telephone Number:** 817-427-6700

**Email:** Kmolina@nrhtx/com

Pro S. 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treaty of Madrid 1880 which is an agreement between Morocco (America) and European Powers Article 5.
Treaty of Peace and Friendship 1836
The Organic Constitution for the United States of America Article 1 Section 3 and Article VI clause 2
Supremacy Clause
Article 1 Section 9, Clause 3,
Fraudulent in the Inducement
Conspiracy Against Rights
Denationalization of Race Black Codes, Human Trafficking

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

  See Attached

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

  The relief damages are for past, future and present mental anguish, public humiliation of a Free National American Foreign to the United States. Plaintiff is the in Clan Mother and need to assure this does not happen to her and her Tribal Nation Members again. Plaintiff moves for an Injunction so that this will not happen again

Nzingha-Bluefoot:Dey

V

City of North Richland Hills et al

I am under the Protection of the Treaty and Organic U S Constitution On 06/16/2022 I was unlawfully detained by Jeremy K. Noe Badge # 895 employee of North Richland Hills Fraternity Order patrolman traveling on Ancestral land. When asked why I was detained he proceeded to ask for driver License, registration, insurance I informed him that I was on personal business in my conveyance and was not a U S Citizen. I ask what Delegation of Authority he has over a Foreign to U S National. The North Richland Hills Rebecca Vinson and Kristen Molina (actin as) Administrative Court Clerk on behalf of Jeremy K. Noe Badge # 895. Which all parties were a part of the misrepresentation Inserted a False Claim of Delegation of Authority on both bill of attainder. Because they were unable to answer all question or produce all documents that was asked from them. A unlawful writ of warrant was issued and because of it I was unlawful kidnapped, false imprisoned, held for ransom by denationalized by unlawful search of the vehicle City of Euless which no detainer was on record.

Plaintiff requesting Punitive damages as well as Defamation damages for past and future mental anguish and public humiliation in payment of .999 fine bullions coins or bars Silver and/or Gold. **See Attached Invoice Placed as Exhibit B**

Violations:

**Treaty of Madrid 1880 which is an agreement between Morocco (America)and European Powers Article 5. Treaty of Peace and Friendship 1836**

**The Organic Constitution for the United States of America Article 1 Section 3 and Article VI clause 2 Supremacy Clause**

**Article 1 Section 9, Clause 3,**

**Fraudulent in the Inducement**

**Conspiracy Against Rights**

**Denationalization under the "Black Code"(race:black)**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/01/2023

Signature of Plaintiff  *Nzingha-Bluefoot Dey sui Proprio Persona*
Printed Name of Plaintiff   Nzingha Bluefoot:Dey

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



## OUR AUTHORITY

(COPY)
BOOK 521        PAGE 579
         State of Illinois, Cook County    ss.    No. 10105905
                                                  Filed for Record
CORPORATION.— Religious—Affidavit of Organization    Form No. 1099
STATE of ILLINOIS.
County of Cook

                    ss
           1928 AUG. 1 P M. 2 52
              AND RECORDED IN
                  BOOK            PAGE
I, NOBLE DREW ALI,..............................Recorder
                    Salomes Iasconowkic
MOORISH HOLY TEMPLE OF SCIENCE................held at
..............Chicago..................in the County of COOK ..........
and State of Illinois, on the .....................20th ...............day of
.............July ................... A.D. 1928, for that purpose, the fol-
lowing person were appointed ...............SHEIKS
.......................... ...according to the rules and usages of such
MOORISH HOLY TEMPLE OF SCIENCE,
do solemnly swear that at a meeting of the members of the
NOBLE DREW ALI, MEALY EL, SMALL BEY, LOVETT
BEY and FOREMAN BEY.     THE MOORISH Holy Temple Of
Science    deriving its power and authority from the
Great Koran of Mohammed to propagate the faith and ex-
tend the learning and truth of the Great Prophet of ALI in
America, To appoint and consecrate Missionaries of the
Prophet and to establish the Faith of Mohammed in America.
         And said MOORISH HOLY TEMPLE OF SCIENCE
adopted as its corporate name, the following MOORISH SCIENCE
TEMPLE OF AMERICA ..............................................
..................................................................
     And at said meeting, this affiant acted as Presiding
Officer Subscribed and Sworn to Before me,
.............. 20th ................day of
                              Drew Ali ...........................
............July ............... A.D. 1928
                        Roberta W. Counall
                              Notary Public

       See Hurd's Rev. Stat., Chap. 32, 36 *Or appointed *Or Wardens,
             vestrymen, or whatever name they may adopt.

SUPERIOR DE'JURE COURT OF THE STATE OF TEXAS
COUNTY OF DALLAS
WITHIN THE ADMIRALTY

17 Rajab 1444 MCY
February 13, 2023

EXHIBIT - A.

## CERTIFICATE OF MAILING
(Proof of Service)

I, Nzingha Bluefoot Dey©, **HEREBY CERTIFY** that I am on this date serving a true, correct and complete copy of the foregoing: " Complain For Civil Case, Application to Proceed in District Court without Prepaying Fee's or Cost   Copy of Our Authority, Copy of Claim to Copyright for the Tax Exempt Number AA222141 _____ " upon the party named below, in the manner of service described as follows:

Northern District of Texas Unites States District Court
501 W. 10th Street
Room 310
Fort Worth, Texas 76102-3673

Respondent/Receipient/Addressee

Service type: Certified Mail # 7021 0350 0000 0421 5473/ 9590 9402 7473 2055 0899 78

/S/ *Nzingha Bluefoot Dey: In Propia Persona*
Signature of Party making service

SUBSCRIBED AND SWORN to before me this  13th  day of February  2023 . Witness My hand and official seal.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nzingha Bluefoot:Dey; In Propria Persona

**(b)** County of Residence of First Listed Plaintiff: **Tarrant**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
820 S. MacArthur Blvd #105, Coppell, Texas 75019
469-604-5002

## DEFENDANTS
City of North Richland Hills Municipal Court & Police Department, et al

County of Residence of First Listed Defendant: **Tarrant**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [X] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS**
PERSONAL INJURY
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [X] 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U S Code 1919 Dismiss for lack of Jurisdiction, with Prejudice. Article III section 1,2,3 and Article VI of the U.S.Constitution and Treaty of Peace
Brief description of cause:
Plaintiff filed Writ of Quo Warrant to challenging Jurisdiction and Delegation of Authority by Affidavit of Fact. It is in default by " Silence Acquiescence"

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: J. Stewart Bass
DOCKET NUMBER: B0679530-1 & B0679530-2

DATE: 02/13/2023
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___



